**Appeal Reinstated; Motion to Dismiss Granted; Appeal Dismissed; and Memorandum Opinion filed June 13, 2024.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00524-CV

---

### METROPOLITAN WATER COMPANY, LP, Appellant

### V.

### BLUE WATER SYSTEMS, LP AND BLUE WATER VISTA RIDGE, LLC, Appellees

---

**On Appeal from the 21st District Court
Burleson County, Texas
Trial Court Cause No. 26,694**

---

## MEMORANDUM OPINION

Appellant Metropolitan Water Company, LP appealed an order granting a

temporary injunction signed on June 8, 2020.[1]  We abated the appeal pending settlement on October 26, 2023.  Appellant filed a joint motion to dismiss the appeal on May 22, 2024.  *See* Tex. R. App. P. 42.1.  We reinstate the appeal, we grant the motion to dismiss, and we dismiss the appeal.


/s/     Meagan Hassan
Justice


Panel consists of Chief Justice Christopher and Justices Wise and Hassan.

---

[1] The Supreme Court of Texas ordered the Court of Appeals for the Tenth District of Texas to transfer this appeal (No. 10-20-00143-CV) to this court (reassigned as No. 14-20-00524-CV). Misc. Docket No. 20-9089 (Tex. July 24, 2020); *see* Tex. Gov't Code Ann. §§ 73.001, .002. Because of the transfer, we decide the case in accordance with the precedent of the transferor court under principles of stare decisis if our decision otherwise would have been inconsistent with the transferor court's precedent.  *See* Tex. R. App. 41.3.